**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREENPEACE, INC. and CASCADIA WILDLANDS PROJECT, Plaintiffs-Appellants, v. EARL STEWART, Tongass National Forest Supervisor; et al., Defendants-Appellees. | No. 17-35945 D.C. No. 3:08-cv-00162-RRB District of Alaska, Anchorage ORDER |

Before: HAWKINS, McKEOWN, and OWENS, Circuit Judges.

Appellants' Request to Publish [Dkt. No. 86] is DENIED.